JS-6

David L. Hoffman, Esq., No. 143,474
LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone:  (661) 775-0300
Telefax:  (661) 775-9423

Attorneys for Plaintiff,
  South Coast Winery, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST WINERY, INC. A California Corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MARK CARTER and CHRISTY CARTER, both individuals,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 08-CV-03269 CAS (RCx)**<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Date:<br>Time:<br>Courtroom: Hon. Christina A. Snyder, Ctrm 5 |

        Good cause appearing, IT IS HEREBY ORDERED that the Complaint, Cross Complaint and this entire action is dismissed with prejudice.

Dated:  December 9, 2008

_____
Hon. Christina A. Snyder
United States District Judge